(March 12, 1962)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDRE P. E. J. COLLIN, Appellant.— B. Loyal O'Connell, Esq., is relieved of his assignment to represent the appellant herein and J. Byron O'Connell, Esq., 82 Margaret St., Plattsburgh, N. Y. is hereby assigned in his place. The case shall be restored to the calendar for the term commencing April 30, 1962. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.